# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

DONNA McCORMICK                                                                                     PLAINTIFF

V.                                        NO. 3:13CV00035 JTR

CAROLYN W. COLVIN,                                                                              DEFENDANT
Acting Commissioner,
Social Security Administration

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED THIS 6th DAY OF March, 2014.

_____
UNITED STATES MAGISTRATE JUDGE